UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

Case No.: 8:25-cv-03186

RUSSELL B. LIPFORD,

    Plaintiff,

v.

ALLEGIANT AIR, LLC and PINELLAS COUNTY, FLORIDA
d/b/a ST. PETE-CLEARWATER INTERNATIONAL AIRPORT,

    Defendant.
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, RUSSELL B. LIPFORD, hereby sues Defendants ALLEGIANT AIR, LLC and PINELLAS COUNTY, FLORID d/b/a ST. PETE-CLEARWATER INTERNATIONAL AIRPORT alleges as follows:

**JURISDICTION, VENUE, & PARTIES**

1. This is an action for damages in excess of Seventy-Five Thousand Dollars ($75,000.00).

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. Section 1332(a)(1).

3. Defendant ALLEGIANT AIR LLC is a Nevada Limited Liability Company authorized to conduct business in Florida, with its principal place of business in Nevada under FEI/EIN number 20-4745737. It conducts business in Clearwater, Pinellas County, Florida under ALLEGIANT AIR, LLC The registered agent of Defendant ALLEGIANT AIR, LLC is Corporation Service Company, 1201 Hays Street, Tallahassee, Florida.

4. Defendant, PINELLAS COUNTY FLORIDA d/b/a ST. PETE-CLEARWATER INTERNATIONAL AIRPORT, is a political subdivision of the State of Florida that owns, operates, manages, and maintains the airport premises and its deplaning areas.

5. At all times material hereto, Plaintiff, RUSSELL B. LIPFORD, was and is a citizen of the United States and a resident of the Grand Blanc, Michigan. He is *sui juris*.

6. Venue is proper in the Middle District, pursuant to 28 U.S.C. 1391(a)(1), a judicial district where the Defendant resides; and also 28 U.S.C. 1391(a)(3), a judicial district in which the Defendant is subject to personal jurisdiction at the time the action is begun. In the alternative, venue is also proper under 28 U.S.C. 1391(b).

7. Any and all conditions precedent to the maintenance of this action have been complied with.

## GENERAL FACTUAL ALLEGATIONS

8. On or about December 16, 2023, Plaintiff RUSSELL B. LIPFORD was a fare-paying passenger on ALLEGIANT AIR, LLC Flight 3154 arriving from Flint, Michigan to PIE.

9. Upon landing, passengers were directed to deplane an exterior ramp/walkway that was uncovered and exposed to rainfall.

10. The ramp surface was wet, slippery, and unsafe, and there were no mats, coverings, or warnings provided to passengers.

11. While following crew directions and exercising reasonable care, Plaintiff slipped and fell, suffering significant bodily injuries.

## COUNT I – NEGLIGENCE AGAINST ALLEGIANT AIR, LLC

Plaintiff realleges and reavers all of the allegations contained in paragraphs 1 through 11 above, as though fully set forth herein.

12. Defendant, ALLEGIANT AIR, LLC, owed Plaintiff, as a fare-paying passenger, a duty of exercise reasonable care for his safety during deplaning operations, including the selection and supervision of safe egress routes and the training of its personnel.

13. Defendant ALLEGIANT AIR, LLC, by and through its agents, servants and employees, breached its duty to use reasonable care and/or to exercise the highest degree of care in the following ways:

   a. Failing to exercise reasonable care in the safety of its passengers, including Plaintiff, RUSSELL B. LIPFORD, while directing passengers to use an uncovered exterior ramp during rainfall;

   b. Placing Plaintiff, RUSSELL B. LIPFORD, in a position of immediate peril and risk of injuries; and

   c. Failing to ensure the ramp surface was safe for use;

   d. Failing to provide non-slip surfacing, mats, or coverings;

   e. Failing to warn passengers of the wet and slippery conditions; and

   f. Failing to properly train or supervise its employees in wet-weather deplaning procedures.

14. As a direct and proximate result of the negligence, wrongful acts and/or omissions of Defendant ALLEGIANT AIR, LLC, by and through its agents, servants, and employees, Plaintiff, RUSSELL B. LIPFORD, sustained serious and permanent injuries and damages.

WHEREFORE, Plaintiff RUSSELL B. LIPFORD demands judgment against ALLEGIANT AIR, LLC for compensatory damages, cost, and trial by jury on all issues so triable.

**COUNT II – NEGLIGENCE AGAINST PINELLAS COUNTY, FLORIDA, d/b/a ST. PETE-CLEARWATER INTERNATIONAL AIRPORT**

Plaintiff realleges and reavers all of the allegations contained in paragraphs 1 through 11 above, as though fully set forth herein.

15. Defendant, PINELLAS COUNTY FLORIDA d/b/a ST. PETE-CLEARWATER INTERNATIONAL AIRPORT, owned, operated, and controlled the ramp and surrounding area where Plaintiff fell.

16. Defendant, PINELLAS COUNTY FLORIDA d/b/a ST. PETE-CLEARWATER INTERNATIONAL AIRPORT, owed Plaintiff as a business invitee, a duty to maintain the premises in a reasonably safe condition, to inspect for hazards, and to warn of or correct dangerous conditions.

17. Defendant, PINELLAS COUNTY FLORIDA d/b/a ST. PETE-CLEARWATER INTERNATIONAL AIRPORT breached its duties by:

   a. Permitting the use of an uncovered exterior ramp during active rainfall;
   b. Failing to provide non-slip surfacing, drainage, or matting;
   c. Failing to inspect and correct the slippery condition;
   d. Failing to post warnings or restrict passenger access; and
   e. Failing to implement reasonable wet-weather safety procedures.

18. As a direct and proximate result of the negligence, wrongful acts and/or omissions of Defendant PINELLAS COUNTY FLORIDA d/b/a ST. PETE-CLEARWATER INTERNATIONAL AIRPORT, by and through its agents, servants, and employees, Plaintiff, RUSSELL B. LIPFORD, sustained serious and permanent injuries and damages.

WHEREFORE, Plaintiff RUSSELL B. LIPFORD demands judgment against PINELLAS COUNTY FLORIDA d/b/a ST. PETE-CLEARWATER INTERNATIONAL AIRPORT for compensatory damages, cost, and trial by jury on all issues so triable.

**DEMAND FOR JURY TRIAL**

Plaintiff, RUSSELL B. LIPFORD, demands trial by jury on all issues triable as of right by a jury.

Dated: November 19, 2025

**Respectfully submitted,**

        ZOELLER, HAYDEN & THRON, PLLC.
        Attorney for Plaintiff
        2845 PGA Blvd
        Palm Beach Gardens, FL 33410
        Phone: (561) 689-8180
        rschuler@zoellerlaw.com
        lmilan@zoellerlaw.com

        By: */s/ Richard D. Schuler*
        Richard D. Schuler, Esq.
        Fla. Bar No: 158226